UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Severino,<br><br>   *Plaintiff*,<br><br>   *v.*<br><br>Biden, *et al.*,<br><br>   *Defendants*. | No. 1:21-CV-314 |

## DECLARATION OF CHRISTOPHER D. DODGE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Christopher D. Dodge, make the following declaration in lieu of affidavit in accordance with the provisions of 28 U.S.C. § 1746. I understand that my declaration may be introduced into the record of the above captioned action, or any other grievance, administrative proceeding, or suit pending in a court of law.

1. I am a Trial Attorney in the Federal Programs Branch of the Civil Division of the United States Department of Justice. I am a member of the bar in the State of New York and Commonwealth of Massachusetts. This declaration is submitted in support of Defendants' Motion to Dismiss. The facts set forth in this declaration are within my personal knowledge and, if called as a witness in this matter, I could and would testify to the following:

2. Attached hereto as **Exhibit A** is a true and correct copy of Severino's Standard Form 50 reflecting his date of appointment and resignation from the United States Department of Health and Human Services. Severino's social security number, birthdate, salary, and home address have been redacted.

3. Attached hereto as **Exhibit B** is a true and correct copy of the January 16, 2021 appointment affidavit reappointing Severino as a member of the Council of the Administrative Conference of the United States ("ACUS").

4. Attached hereto as **Exhibit C** is a true and correct copy of a February 4, 2021 email from Matthew L. Wiener, Executive Director of ACUS, to the staff of ACUS announcing, *inter alia*, Severino's removal from the Council and the filing of this lawsuit.

5. Attached hereto as **Exhibit D** is a true and correct copy of a February 3, 2021 email from Gautam Raghavan to Severino indicating that his appointment to the ACUS Council was terminated by President Biden. Raghavan and Severino's email addresses have been redacted.

6. Attached hereto as **Exhibit E** is a true and correct copy of a February 3, 2021 email from Jennifer Dickey to Raghavan, as well as a true and correct copy of a February 3, 2021 resignation letter than Dickey attached to the email. Raghavan and Dickey's email addresses have been redacted in the email and Dickey's home address has been redacted in the letter.

7. Attached hereto as **Exhibit F** is a true and correct copy of a February 3, 2021 email from Raghavan to Daniel Epstein indicating that his appointment to the ACUS Council was terminated by President Biden. Raghavan and Epstein's email addresses have been redacted.

8. Attached hereto as **Exhibit G** is a true and correct copy of a February 3, 2021 email from Raghavan to Andrew Kloster indicating that his appointment to the ACUS Council was terminated by President Biden. Raghavan and Kloster's email addresses have been redacted.

9. Attached hereto as **Exhibit H** is a true and correct copy of an October 11, 1972 letter from Leon Ulman, Deputy Assistant Attorney General in the Office of Legal Counsel, to then-Chairman of the ACUS Council Antonin Scalia.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing declaration is true and correct.  Executed in Washington, D.C., on May 4, 2021.

>*/s/ Christopher D. Dodge*
>Christopher D. Dodge