# Exhibit A

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4.

# NOTIFICATION OF PERSONNEL ACTION

| 1 Name (Last, First, Middle) | Number | 3 Da | 4 Effective Date |
|---|---|---|---|
| SEVERINO, ROGER | [redacted] | [redacted] | 01-15-2021 |

**FIRST ACTION** / CTION

| 5-A Code | 5-B Nature of Action | 6-A Code | 6-B Nature of Action |
|---|---|---|---|
| 317 | Resignation | | |
| 5-C Code | 5-D Legal Authority | 6-C Code | 6-D Legal Authority |
| RPM | Reg 715.202. Resignation | | |
| 5-E Code | 5-F Legal Authority | 6-E Code | 6-F Legal Authority |
| | | | |

| 7 FROM: Position Title and Number | 15 TO: Position Title and Number |
|---|---|
| Director, Office for Civil Rights<br>PD: ES5700    Position: 00381342 | |

| 8 Pay Plan | 9 Occ CD | 10 Grade/Level | 11 Step/Rate | 13 Pay Basis | 16 Pay Plan | 17 Occ CD | 18 Grade/Level | 19 Step/Rate | 20 Total Salary/Award | 21 Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| ES | 0301 | 00 | 00 | PA | | | | | | |

| 12A | 12B Locality Adj | 12C | 12D Other Pay | 20A Basic Pay | 20B Locality Adj | 20C Adj Basic Pay | 20D Other Pay |
|---|---|---|---|---|---|---|---|
| [redacted] | $0 | [redacted] | $0 | | | | |

| 14 Name and Location of Position's Organization | 22 Name and Location of Position's Organization |
|---|---|
| Office of the Secretary of Health and Human Services<br>IMMEDIATE OFFICE<br>OFFICE OF THE DEPUTY DIRECTOR FOR PLNG &<br><br>WASHINGTON DC USA | |

## EMPLOYEE DATA

| 23 Veterans Preference | 24 Tenure | 25 Agency Use | 26 Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  3-10 Point/Disability  5-10 Point/Other<br>   2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 0  0-None  2-Conditional<br>   1-Permanent  3-Indefinite | | YES  X NO |

| 27 FEGLI | 28 Annuitant Indicator | 29 Pay Rate Determinant |
|---|---|---|
| C0   Basic Only | 9   Not Applicable | 0   Regular Rate |

| 30 Retirement Plan | 31 Service Comp Date (Leave) | 32 Work Schedule | 33 Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   FERS and FICA | 03-19-2017 | F   Full Time | |

## POSITION DATA

| 34 Position Occupied | 35 FLSA Category | 36 Appropriation Code | 37 Bargaining Unit Status |
|---|---|---|---|
| 3  1-Competitive Service 3-SES General<br>   2-Excepted Service  4-SES Career Reserved | E  E-Exempt<br>   N-Nonexempt | 11994281 | 8888 |

| 38 Duty Station Code | 39 Duty Station (City-County-State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON  Dist Columbia  DC  USA |

| 40 Agency Data | 41 | 42 | 43 | 44 |
|---|---|---|---|---|
| | | | | PAR Number: |

**45. Remarks**
- SF 2819 was provided.  Life insurance coverage is extended for 31 days during which you are eligible to convert to an individual policy (nongroup contract).
- Forwarding address: [redacted]
- Lump-sum payment to be made for any unused annual leave.
- Reason for resignation: Separation due to transition to a new Presidential Administration.
- SF-8 Provided.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF HEALTH AND HUMAN SERVICES | STEVEN D. CHURCH<br>SUPERVISORY, HUMAN RESOURCES |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| HE10 | 1704 | 01-20-2021 |

5-Part    1 -    Employee Copy

Editions Prior to 7/91 Are Not Usable After
6/30/93
NSN 7540-01-333-6236