# Exhibit C

**Dodge, Christopher D.. (CIV)**

| | |
|---|---|
| **From:** | Matt Wiener <MWiener@acus.gov> |
| **Sent:** | Thursday, February 4, 2021 12:47 AM |
| **To:** | All Staff |
| **Subject:** | ACUS Council |

Our former Council member and Vice Chair Jennifer Dickey resigned from the Council yesterday at the request of the President, and, also yesterday, the President terminated the appointments of three Council members: Roger Severino, Andrew Kloster, and Daniel Epstein. The press reports that Rogert Severino has filed suit against the President in the U.S. District Court for the District of Columbia. I will keep you updated as appropriate.

Please keep in mind that all press inquiries must be directed to Harry Seidman.

If you have any questions, please contact me.

Matt


Matthew Lee Wiener | Executive Director



1120 20th Street, NW  Suite 706 South .  Washington, DC  .  20036
(202) 480-2080 (tel.)  . (202) 386-7190 (f)
mwiener@acus.gov  .  www.acus.gov