# Exhibit E

## Dodge, Christopher D.. (CIV)

| | |
|---|---|
| **From:** | Jennifer Dickey |
| **Sent:** | Wednesday, February 3, 2021 11:11 AM |
| **To:** | Raghavan, Gautam EOP/WHO |
| **Cc:** | Matt Wiener |
| **Subject:** | Re: Resignation request |
| **Attachments:** | ACUS resignation letter.pdf |

Please see attached.

On Tue, Feb 2, 2021 at 5:06 PM Raghavan, Gautam EOP/WHO wrote:

> Good afternoon,
>
> I am writing on behalf of President Biden to request your resignation from the Administrative Conference of the United States Council by 5:00 p.m. ET tomorrow, Wednesday, February 3. If you do not resign by that time, your appointment to the Council will be terminated.
>
> Thank you for your time and service.
>
> Gautam Raghavan
>
> Deputy Assistant to the President & Deputy Director
>
> Office of Presidential Personnel | The White House

Jennifer B. Dickey

███████████████

February 3, 2021

President of the United States
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

Dear President Biden,

Upon your request, I write to resign my position as a Council Member and Vice Chair of the Administrative Conference of the United States, effective today.  I was deeply honored to be asked to serve in this position.  Having been given no reason for this resignation request and having heard no concerns about my performance on the Council, I can only assume that you have decided to cut short my term because I was appointed by the previous President.  That is your prerogative and, although I am disappointed, I wish nothing but the best for the country and the Administrative Conference of the United States going forward.

Very truly yours,

/s/ Jennifer B. Dickey

Jennifer B. Dickey